IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 2021-019069 CA07

**DORELIA CAMPS PINERO,**

        Plaintiff,

vs.

**WALMART CLAIMS SERVICES, INC.**

        Defendant.

_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, DORELIA CAMPS PINERO, by and through undersigned counsel and sues the Defendant, WALMART CLAIMS SERVICES, INC. and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, DORELIA CAMPS PINERO, at all times material and relevant hereto was a resident of Miami, Miami-Dade County, Florida and is sui juris.

3. That the Defendant, WALMART CLAIMS SERVICES, INC. is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about October 07, 2020 the Plaintiff, DORELIA CAMPS PINERO, was lawfully on the premises of the Defendant, WALMART CLAIMS SERVICES, INC. located at 8425 NW 13th Terrace, Doral, FL 33126, as a business invitee.

5. That on or about October 7, 2020 the Defendant, WALMART CLAIMS SERVICES, INC. by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about October 7, 2020 the Defendant, WALMART CLAIMS

SERVICES, INC. by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: The Plaintiff slipped and fell on a dirty, slippery substance on the Defendant's premises, causing the Plaintiff, DORELIA CAMPS PINERO, to seriously injure herself.

7. That the Defendant, WALMART CLAIMS SERVICES, INC. either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, DORELIA CAMPS PINERO, of the existence of the dangerous condition.

8. That the Defendant, WALMART CLAIMS SERVICES, INC. had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, WALMART CLAIMS SERVICES, INC. was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, WALMART CLAIMS SERVICES, INC. failed to warn the Plaintiff, DORELIA CAMPS PINERO, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, DORELIA CAMPS PINERO, was known or reasonably foreseeable by the Defendant, WALMART CLAIMS SERVICES, INC. and the Plaintiff, DORELIA CAMPS PINERO, neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, DORELIA CAMPS PINERO, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, WALMART CLAIMS SERVICES, INC. the Plaintiff, DORELIA CAMPS

PINERO, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, WALMART CLAIMS SERVICES, INC. the Plaintiff, DORELIA CAMPS PINERO, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, WALMART CLAIMS SERVICES, INC. and a trial by jury of all issues triable as a right by a jury.

DATED this 12th Day of August, 2021.

        Respectfully submitted,

        LAW OFFICES OF WILLIAM C. RUGGIERO
        Attorneys for Plaintiff
        Museum Plaza, Suite 703
        200 South Andrews Avenue
        Fort Lauderdale, Florida 33301
        Phone: (954) 462-2300
        Email: Ruggiero@wcrlaw.com

BY: /s/ William C. Ruggiero
        WILLIAM C. RUGGIERO
        Florida Bar No. 878499

WCR:mc