

**Service of Process Transmittal**
08/27/2021
CT Log Number 540152590

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** **Process Served in Florida**

**FOR:** Walmart Claims Services, Inc. (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Pinero Dorelia Camps, Pltf. vs. Walmart Claims Services, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 2021019069CA07 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/07/2020, At 8425 NW 13th Terrace, Doral, FL, 33126 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/27/2021 at 02:52 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | William C. Ruggiero<br>Law Offices of William C. Ruggiero<br>Museum Plaza, Suite 703<br>200 South Andrews Avenue<br>Fort Lauderdale, FL 33301<br>954-462-2300 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/27/2021, Expected Purge Date: 09/01/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / JD



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Aug 27, 2021

**Server Name:** CHRISTOPHER YEOMAN

Entity Served      WALMART CLAIMS SERVICES, INC.

Case Number       2021-019069 CA07

Jurisdiction              FL

