

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Profit Corporation
WALMART CLAIMS SERVICES, INC.

**Cross Reference Name**

CLAIMS MANAGEMENT, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F93000004886 |
| **FEI/EIN Number** | 71-0738006 |
| **Date Filed** | 10/28/1993 |
| **State** | AR |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 02/04/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

702 SW 8th Street
Bentonville, AR 72716

Changed: 04/22/2021

**Mailing Address**

702 SW 8th Street
Bentonville, AR 72716

Changed: 04/22/2021

**Registered Agent Name & Address**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 04/01/2004

Address Changed: 04/01/2004

**Officer/Director Detail**

**Name & Address**

Title Asst. Secretary

Edwards, Geoffrey
702 SW 8th Street
Bentonville, AR 72716

Title Vice President / Treasurer

Allen, Matthew
702 SW 8th Street
Bentonville, AR 72716

Title Vice President / Secretary

Rancher, Jessica
702 SW 8th Street
Bentonville, AR 72716

Title President / CEO

Adams, Michele
702 SW 8th Street
Bentonville, AR 72716

Title Sole Director / Manager

Adams, Michele
702 SW 8th Street
Bentonville, AR 72716

Title Asst. Secretary

Reading, David Leon
702 SW 8th Street
Bentonville, AR 72716

Title SVP

Scudder, John
702 SW 8th Street
Bentonville, AR 72716

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2019 | 04/05/2019 |
| 2020 | 05/31/2020 |
| 2021 | 04/22/2021 |

### Document Images

| | |
| --- | --- |
| 04/22/2021 -- ANNUAL REPORT | View image in PDF format |
| 05/31/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2020 -- Name Change | View image in PDF format |

| | |
|---|---|
| 04/05/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/04/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2004 -- Reg. Agent Change | View image in PDF format |
| 04/28/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/13/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/10/2001 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2000 -- ANNUAL REPORT | View image in PDF format |
| 06/11/1999 -- ANNUAL REPORT | View image in PDF format |
| 10/09/1998 -- Reg. Agent Change | View image in PDF format |
| 05/13/1998 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1997 -- ANNUAL REPORT | View image in PDF format |
| 04/26/1996 -- ANNUAL REPORT | View image in PDF format |
| 06/01/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations