# RUBENSTEIN LAW

TOLL FREE MAIN (800) FL-LEGAL (355-3425)
TOLL FREE FAX (866) 323-5485
WEBSITE rubensteinlaw.com
SEND ALL MAIL TO 9130 S. Dadeland Blvd, PH
Miami, FL 33156

April 16, 2021

Walmart Claims Services

Reply to: Edismary Brito

RE: Our Client: Dorelia Camps Pinero

Date of Incident: 10/07/2020

Dear Sir/Madam:

As you are aware, our firm represents Dorelia Camps Pinero

Enclosed please find the following specials regarding our client:

| Type of Bill | Medical Provider | Total Charges |
|---|---|---|
| Medical Bill | Alliance Spine & Joint Inc | $171,051.83 |
| Medical Bill | Aventura Surgery Center | $228,863.86 |
| Medical Bill | Churchill Surgical Instruments, Inc. | $31,800.00 |
| Medical Bill | COR Interventional Medicine | $6,100.00 |
| Medical Bill | High Field MRI of Miami Dade, LLC. | $9,250.00 |
| Medical Bill | New Medical Group, Inc | pending |
| Medical Bill | ProMed Anesthesia | $12,060.00 |
| | Total: | $459,125.69 |



Sincerely,

EBrito

Edismary Brito
Attorney
EB/EB

Encl.

04/20/2021