# ARKANSAS SECRETARY OF STATE
## JOHN THURSTON

## Search Incorporations, Cooperatives, Banks and Insurance Companies

Notice: **This is only a preliminary search** and no guarantee that a name is available for initial filing until a confirmation has been received from the Secretary of State after filing has been processed

**Printer Friendly Version**

LLC Member information is now confidential per Act 865 of 2007

Use your browser's back button to return to the Search Results

**Begin New Search**

For service of process contact the **Secretary of State's office.**

| | |
|---|---|
| Corporation Name | WALMART CLAIMS SERVICES, INC. |
| Fictitious Names | |
| Filing # | 100104674 |
| Filing Type | For Profit Corporation |
| Filed under Act | Dom Bus Corp; 958 of 1987 |
| Status | Good Standing |
| Principal Address | |
| Reg. Agent | C T CORPORATION SYSTEM |
| Agent Address | 124 WEST CAPITOL AVENUE, SUITE 1900 |
| | LITTLE ROCK, AR 72201 |
| Date Filed | 05/27/1993 |
| Officers | SEE FILE, Incorporator/Organizer<br>RICKY YOUNG , Tax Preparer<br>MICHELE ADAMS , President<br>KIMBERLY HOLIDAY , Secretary<br>JESSICA RANCHER , Vice-President |
| Foreign Name | N/A |
| Foreign Address | |
| State of Origin | N/A |

**Purchase a Certificate of Good Standing for this Entity**   **Pay Franchise Tax for this corporation**