UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21-cv-23458-KMM

**DORELIA CAMPS PINERO,**

    Plaintiff,

vs.

**WALMART CLAIMS SERVICES, INC.**

    Defendant.

_____/

## REPLY TO AFFIRMATIVE DEFENSES

COMES NOW the Plaintiff, DORELIA CAMPS PINERO, by and through her undersigned counsel and replies to the Defendant, Walmart Claims Services, Inc.'s, Affirmative Defenses as follows:

1. Each and every allegation contained in the Defendant's Affirmative Defenses is hereby denied.

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed this <u>19th Day of October, 2021</u> to: Clayton D. Hackney, Esquire., FASI & DIBELLO, P.A. 150 SE 2nd Ave, Suite 1010, Miami, Florida 33131 (305)537-0469 (Email: hackney@fasidibellolaw.com; destin@fasidibellolaw.com; blakewindhorst@fasidibellolaw.com; lope@fasidibellolaw.com).

                                              LAW OFFICES OF WILLIAM C. RUGGIERO
                                              Attorney for Plaintiff
                                              Museum Plaza, Suite 703
                                              200 South Andrews Avenue
                                              Fort Lauderdale, Florida  33301
                                              Phone: (954) 462-2300
                                              Email:  Ruggiero@wcrlaw.com

                                      BY:   <u>/s/ *William C. Ruggiero*</u>
                                                      WILLIAM C. RUGGIERO
                                                      Florida Bar No. 878499

WCR:mc