UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-CV-23458-KMM

DORELIA CAMPS PINERO,

    Plaintiff,

vs.

WALMART CLAIMS SERVICES, INC.,

    Defendant.
_____/

## **MEDIATOR'S REPORT**

COMES NOW Victor H. Rams, Jr., Esq., the undersigned certified Mediator, and reports to this Honorable Court:

The Mediation held on **June 8, 2022 at 2:00 P.M.**

_____   An Agreement was reached.

_____   Mediation Agreement attached, with the parties' consent.

\_\_X\_\_   No Agreement was reached.

_____   The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before \_\_\_\_/\_\_\_\_/\_\_\_\_, then it shall be considered no agreement was reached in this matter.

_____   A Pre/Post-Mediation Settlement was reached, as per information received on \_\_\_\_/\_\_\_\_/\_\_\_\_, from _____.

*/s/ **Victor Hugo Rams, Jr***
VICTOR H. RAMS, JR.
Certified Circuit and Federal Court Mediator
Florida Bar No.: 771732
Certification No.: 26364R
5840 W. Flagler St.
Miami, FL 33144
Tel: (786)703-7008
victor@ramsmediationgroup.com

Copies to:
Court
Attorneys of Record