**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 21-cv-23458-KMM**

DORELIA CAMPS PINERO,

        Plaintiff,

vs.

WALMART CLAIMS SERVICES, INC.,

        Defendant.                              /

**AGREED JOINT STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by and between the parties and their respective counsel, that the above cause has been amicably settled out of Court for a satisfactory sum, and therefore, the Court may enter a Final Order on this Agreed Joint Stipulation to Dismiss, dismissing the action of the Plaintiff with prejudice, and each party to bear its own costs and attorney's fees. The Court shall retain jurisdiction to enforce the terms of the settlement agreement reached by the parties.

| | |
|---|---|
| Date: October 3, 2022 | Date: October 3, 2022 |
| LAW OFFICE OF WILLIAM C. RUGGIERO<br>Attorneys for Plaintiff<br>Museum Plaza, Suite 703<br>200 South Andrews Avenue<br>Fort Lauderdale, Florida 33301<br>Phone: (954) 462-2300<br>Ruggiero@wcrlaw.com | FASI & DIBELLO, P.A.<br>Attorneys for Defendant<br>150 S.E. 2nd Avenue, Suite 1010<br>Miami FL  33131<br>Tel:  (305) 537-0469<br>Fax:   (305) 503-7405<br>destin@fasidibellolaw.com<br>lopez@fasidibellolaw.com<br>wiza@fasidibellolaw.com |
| By:  *s/ Vanessa Lagios*<br>    Vanessa Lagios<br>    Florida Bar No. 50953 | By:  *s/ Frantz Destin Jr.*<br>    Frantz Destin, Jr.<br>    Florida Bar No. 109669 |

CASE NO. 21-cv-23458-KMM

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of October, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _s/ Frantz Destin Jr._
Frantz Destin Jr.

CASE NO. 21-cv-23458-KMM

## SERVICE LIST

**DORELIA CAMPS PINERO vs. WALMART CLAIMS SERVICES, INC.,**
**Case No. 21-cv-23458-KMM**
**United States District Court, Southern District of Florida**

William C. Ruggiero, Esq.
Vanessa Lagios, Esq.
Law Offices of William C Ruggiero
Museum Plaza, Suite 703
200 S Andrews Ave
Fort Lauderdale, FL 33301
Florida Bar No. 878499
E-Mail: ruggiero@wrclaw.com; wruggiero@wcrlaw.com; vlagios@wcrlaw.com
Office: 954-462-2300
Fax: 954-463-2460
Attorneys For Plaintiff

Frantz Destin Jr., Esq.
Florida Bar No. 109669
Fasi & DiBello, P.A.
150 S.E. 2nd Avenue, Suite 1010
Miami, FL 33131
E-Mail: destin@fasidibellolaw.com; lopez@fasidibellolaw.com
Telephone: (305) 537-0469
Facsimile: (305) 503-7405
Attorneys For Defendant